UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| In the Matter of: | } | |
| | } | |
| RMB MARINE SERVICES, LLC, | } | Case No. 24-80694-CRJ-11 |
| | } | |
| | } | Chapter 11 |
| Debtor(s). | } | |
| | } | |

**ORDER DENYING FINAL APPLICATION FOR COMPENSATION AND EXPENSES WITHOUT PREJUDICE**

This case is currently scheduled for hearing on November 3, 2025 on the Final Application for Compensation and Expenses, ECF No. 250 ("Final Application") filed by Thompson Burton, PLLC ("Applicant"), seeking compensation in the amount of $165,380.00 and expenses in the amount of $5,359.62. The Final Application includes a Cover Sheet, Project Summaries, and a Summary of Expenses as required by Local Rule 2016-1(b). However, a review of the document reveals that the pleading does not include the Final Application for Compensation and Reimbursement of Expenses, the Verification of Application for Compensation and Expenses, nor a Certificate of Service.

Pursuant to Local Rule 2016-1(c), all applications filed pursuant to 11 U.S.C. §§ 330 and 331 for compensation for professional services rendered must include a narrative summary explaining the general nature of the work performed, a description of the individuals who performed the work, including their qualifications and experience and a statement of the prevailing market rate, and a discussion of the twelve factors first enunciated in *Johnson v. Ga. Highway Express, Inc.,* 488 F.2d 714 (5th Cir. 1974), made applicable to compensation determinations in bankruptcy in *Am. Benefit Life Ins. Co. v. Baddock (In re First Colonial Corp. of Am.),* 544 F.2d

1291 (5th Cir. 1977). The document filed by the Applicant does not include a final application which discusses these factors or requests that the compensation be approved other than in the Cover Sheet.

Applications for compensation must also include a statement that verifies the information contained in the application pursuant to Local Rule 2016-1(j). The document filed in this case does not include the required verification.

Finally, pursuant to Local Rule 2016-1(k), at the time of filing, the applicant must serve a copy of the application upon the Trustee, the Bankruptcy Administrator, the Debtor, and any committee appointed in the case and attach a Certificate of Service. The document filed in this case does not include the required Certificate of Service.

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED** that the Final Application is hereby **DENIED** without prejudice and the hearing scheduled on November 3, 2025 is **VACATED.**

Dated this the 3rd day of October, 2025.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge