# Notice Recipients

District/Off: 1126–5   User: admin   Date Created: 10/3/2025
Case: 24–80694–CRJ11   Form ID: pdf000   Total: 85

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ba | Richard M Blythe | Richard_Blythe@alnba.uscourts.gov |
| tr | Linda B. Gore (SBRA) | linda@ch13gadsden.com |
| aty | Bill D Bensinger | bdbensinger@csattorneys.com |
| aty | Britley Leonard Brown | bbrown@handarendall.com |
| aty | Carson Todd Perreault | cperreault@thompsonburton.com |
| aty | Charles N Parnell | bkrp@parnellsoutheast.com |
| aty | Edward Meade | ecmeade@tva.gov |
| aty | Gilbert L Fontenot | guslf100@aol.com |
| aty | Matthew M Cahill | mcahill@bakerdonelson.com |
| aty | Norman Matt Stockman | nstockman@handfirm.com |
| aty | Richard E. O'Neal | USAALN.BANKRUPTCY@usdoj.gov |
| aty | Stuart M Maples | smaples@thompsonburton.com |
| aty | Vera Dygert | vdygert@tva.gov |

TOTAL: 13

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | RMB Marine Services, LLC | 914 E. Bluff St. | Florence, AL 35630 |
| br | M&E Partners LLC | 9786 Timber Circle Ste A | Spanish Fort, AL 36527 |
| intp | Parker Towing Company, Inc. | c/o Norman Stockman P.O. Box 123 | Mobile, AL 36601 |
| cr | River Bank & Trust | c/o Parnell & Parnell, P.A. P.O. Box 224 | Montgomery, AL 36102 |
| cr | Regions Bank d/b/a Ascentium Capital | 23970 US 59 North | Kingwood, TX 77339 |
| cr | Budwine & Associates LLC | 211 Christine Ct | Covington, LA 70433 |
| cr | Insolvency Section Internal Revenue Service | 801 Broadway MDP 146, Room 285 | Nashville, TN 37203 |
| cr | dba Carter Oil Company Inc. Sam T Carter Oil Company | 604 E. 2nd Street | Sheffield, AL 35660 |
| intp | Mark Burchfield | 322 County Road 283 | Florence, AL 35633 |
| cr | Channel Partners, LLC | c/o Parnell & Parnell, PA. P.O. Box 224 | Montgomery, AL 36102 |
| 11334066 | *Bank Independent | P.O. Box 306005 | Nashville, TN 37230–6005 |
| 11334067 | *Budwine & Associates, LLC | 604 Time Saver Ave | New Orleans, LA 70123 |
| 11334069 | *Cadence Bank | P.O. Box 3370 | Tupelo, MS 38803 |
| 11334070 | *Carter Oil Co., Inc. | P.O. Box 487 | Sheffield, AL 35660 |
| 11334071 | *Channel Partners Capital | 10900 Wayzata Blvd, Suite 300 | Hopkins, MN 55305 |
| 11334076 | *Credence Resource Management, LLC | 4222 Trinity Mills Rd | Dallas, TX 75287 |
| 11334077 | *Credit One Bank | P.O. Box 98873 | Las Vegas, NV 89193–8873 |
| 11334081 | *ITow, LLC | P.O. Box 1342 | Henderson, KY 42419 |
| 11334082 | *James Transportation LLC | P.O. Box 306 | Arlington, KY 42021 |
| 11334083 | *Jennings Repair | 208 League Creek Rd | Belden, MS 38826 |
| 11334087 | *RWF | 94 County Rd 242 | Iuka, MS 38852 |
| 11334085 | *River Bank and Trust | 401 E. Tennessee Street Unit A | Florence, AL 35630 |
| 11334086 | *Rose Point Navigation Systems | 18005 NE 68th Street Suite A100 | Redmond, WA 98052 |
| 11334095 | *TVT | P.O. Box 306 | Arlington, KY 42021 |
| 11334092 | *The American Waterways Operators | 801 North Quincy Street Suite 500 | Arlington, VA 22203 |
| 11334094 | *Troy Marine Electronics | 3224 Magevney St | Memphis, TN 38128 |
| 11334098 | *Wells Fargo | 420 Montgomery Street | San Francisco, CA 94104 |
| 11334099 | *Willoughby Inc. | 600 Pickwick St P.O. Box 547 | Savannah, TN 38372 |
| 11334100 | *Witt Works Environment, LLC | 8629 Tulane Rd, Southaven | Southaven, MS 38671 |
| 11334063 | AT&T | P.O. Box 5014 | Carol Stream, IL 60197 |
| 11349528 | AT&T | Whitacre Tower 208 S Akard St | Dallas, TX 75202 |
| 11334200 | Alabama Department of Labor | 649 Monroe St | Montgomery, AL 36131 |
| 11334062 | Ascentium Capital | 23970 Hwy 59 N | Kingwood, TX 77339–1535 |
| 11334198 | Assistant US Bankruptcy Administrator | Northern District of Alabama P.O. Box 3045 | Decatur, AL 35602 |
| 11334064 | Bancorpsouth Bank | P.O. Box 4360 | Tupelo, MS 38803 |
| 11334065 | Bank Independent | P.O. Box 5000 | Sheffield, AL 35660–0137 |
| 11352177 | Bank Independent | c/o Gilbert L. Fontenot PO Box 1281 | Mobile, AL 36633 |
| 11342593 | Bank Independent c/o Pinnacle Bank | 150 3rd Avenue S. STE 900 | Nashville, TN 37201 |
| 11385390 | Budwine & Associates LLC | 211 Christine Court | Covington, LA 70433 |
| 11334068 | C T Corporation Sytem | 330 N Brand Blvd Suite 700 | Glendale, CA 91203 |
| 11334078 | CSC | 801 Adlai Stevenson Drive | Springfield, IL 62703 |
| 11339613 | Cadence Bank fka BancorpSouth | PO Box 4360 | Tupelo, MS 38803 |
| 11371082 | Channel Partners Capital, LLC | 10900 Wayzata Blvd, Ste 300 | Minnetonka, MN 55305 |
| 11334072 | City of Florence Utilities | P.O. Box 877 | Florence, AL 35631–0877 |
| 11334073 | Comcast Business | 2605 Circle 75 Pwky SE | Atlanta, GA 30339–4268 |
| 11334074 | Cooks Pest Control | P.O. Box 607 | Florence, AL 35631–0607 |
| 11334075 | Corporation Service Company | 251 Little Falls Drive | Wilmington, DE 19808 |
| 11334079 | Henry A. Peter Supply CO. | P.O. BOx 2350–5110 Charter Oak Dr | Paducah, KY 42001 |
| 11334194 | Internal Revenue Service | P.O. Box 7346 | Philadelphia, PA 19101–7346 |

| ID | Name | Address | City/State/Zip |
|---|---|---|---|
| 11334080 | Internal Revenue Service | P.O. Box 7704 | San Francisco, CA 94120–7704 |
| 11360342 | M&E Partners LLC | 9786 Timber Circle Ste A | Spanish Fort AL 36527 |
| 11334084 | MSD Nashville | 600 Dr. Martin Luther King Jr. Pl. | Louisville, KY 40202 |
| 11386994 | Regions Bank d/b/a Ascentium Capital | 23970 US 59 North | Kingwood, TX 77339 |
| 11412496 | River Bank & Trust | P.O. Box 680249 | Prattville, AL 36068 |
| 11334088 | Seabrook Funding Inc | 220 Faraday Ave Ste 204 | Jackson, NJ 08527–5053 |
| 11334193 | Secretary of the Treasury | 1500 Pennsylvania Ave., NW | Washington, DC 20220 |
| 11334089 | Starbeam Lighting SUpply | 1360 Baur Blvd | Saint Louis, MO 63132 |
| 11334199 | State Department of Revenue | P O Box 1927 | Pelham, AL 35124 |
| 11334201 | State of Alabama Dept. of Revenue | P O Box 320001 | Montgomery, AL 36132 |
| 11334090 | Tennessee Valley Authority | 1101 Market Street BR 4B | Chattanooga, TN 37402–2801 |
| 11334091 | Tennessee Valley Cooperative | 1968 US Hwy 31 S | Athens, AL 35611 |
| 11334093 | TowWorks, LLC | P.O. Box 4267 | Lake Jackson, TX 77566 |
| 11334192 | U.S. Securities and Exchange Commission | Regional Director, Branch of Reorganizat   Atlanta Regional Office, Suite 900   950 East Paces Ferry Road | Atlanta, GA 30326 |
| 11334096 | United Site Services | 11970 Interchange Dr | Grand Bay, AL 36541 |
| 11334196 | United States Attorney | Northern District of Alabama   1801 Fourth Avenue North | Birmingham, AL 35203 |
| 11334197 | United States Bankruptcy Administrator | Northern District of Alabama   1800 Fifth Avenue North | Birmingham, AL 35203 |
| 11719559 | United States Coast Guard | 2703 Martin Luther King Jr Ave SE   Stop 7213 | Washington, DC 20593–7213 |
| 11334097 | Verizon Business | P.O. Box 489 | Newark, NJ 07101–0489 |
| 11347981 | Wells Fargo Bank | Small Business Lending Division   P.O. Box 29482 MAC S4101–08C | Phoenix, AZ 85038 |
| 11340862 | Willoughby, Inc. | 600 Pickwick Street | Savannah, TN 38372 |
| 11334101 | Wolters Kluwer Lien Solutions | P.O. Box 29071 | Glendale, CA 91209–9071 |
| 11334102 | Young Welding Supply, Inc. | P.O. Box 850 | Sheffield, AL 35660 |

TOTAL: 72